**John DOE, Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

**No. 04–5052.**

United States Court of Appeals,
Federal Circuit.

Nov. 3, 2004.

Before MAYER, Chief Judge,
GAJARSA and LINN, Circuit Judges.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

**Ronald B. DEMENY, Petitioner,**

v.

**DEPARTMENT OF VETERANS AFFAIRS, Respondent.**

**No. 04–3069.**

United States Court of Appeals,
Federal Circuit.

Nov. 3, 2004.

Before MAYER, Chief Judge,
GAJARSA and LINN, Circuit Judges.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.